UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT JOE CHILDS, JR.,

                Petitioner,

    v.

KRISTIN RICHARDSON,

               Respondent.

No. 2:21-CV-1390-TSZ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, docket no. 3, to which Respondent filed no objections, and the remaining record, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's federal habeas Petition, docket no. 1-1, is DISMISSED without prejudice.

(3) A certificate of appealability is DENIED in this case.

(4) The Clerk is directed to CLOSE this case and send copies of this Order to Petitioner, Respondent's counsel, and to the Hon. David W. Christel.

DATED this 29th day of November, 2021.

                                              /s/ Thomas S. Zilly
                                              Thomas S. Zilly
                                              United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1